**Order entered March 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01147-CV

### ROSS STORES, INC., ROSS DRESS FOR LESS, INC., AND STEVEN FUENTES, Appellants

### V.

### FREDDIE PRICE, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03907-B**

## ORDER

Before the Court is appellee's March 4, 2020 agreed motion to extend time to file her responsive brief. The extension is sought, in part, because the parties are attempting to resolve their dispute. We **GRANT** the motion and **ORDER** the responsive brief, a status report, or a motion to dismiss be filed no later than April 3, 2020.

/s/ BILL WHITEHILL
   JUSTICE